COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Phillip Manderscheid v. LAZ Parking Texas LLC and Boot Man, Inc.
d/b/a Premier Parking Enforcement

Appellate case number:    01-13-00362-CV

Trial court case number:  1019656

Trial court:              Co Civil Ct at Law No 4 of Harris County

On November 26, 2013, appellant filed his "Motion for Reconsideration of Appellant's Verified Second Motion to Abate the Appeal & Remand to County Court; Appointment of Special Master with Instructions to Hold Hearings Dispositive of the Prevailing Contradictions and Confusions Rising from the Transcript Record of 14 January 13 & 26 March 13." The motion to reconsider is **DENIED**.

Appellant's request for an extension of time to file his brief is **GRANTED, in part**. Appellant's brief is due December 13, 2013. If the brief is not filed by December 13, 2013, the appeal may be dismissed for want of prosecution for failure to file a brief. No further extensions will be granted.

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                   ☑ Acting individually    ☐ Acting for the Court


Date: November 27, 2013